IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 1 0 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. '10 - CV - 00283

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

JOHN MATTHEW MEYER,

    Plaintiff,

v.

L.W. WALKER (Individual and Official Capacity), Acting Registered Nurse,
DEBORAH SHOCK (Individual and Official Capacity), Acting Provider Medical Staff,
LOU ANNE BERROA (Individual and Official Capacity), Acting Provider Medical Staff,
DIANE (Individual and Official Capacity), Acting Med-Line Nurse,
DEBRA A. ANSHUTZ (Individual and Official Capacity), Acting Nurse,
MR. SINGH (Individual and Official Capacity), Acting Medical Doctor,
R. CHRIETTE (Individual and Official Capacity), Acting Registered Nurse,
BAELIN RUN (Individual and Official Capacity), Acting Medical Staff,
C. GOODWIN (Individual and Official Capacity), Acting Registered Nurse,
N. GREEN (Individual and Official Capacity), Acting L.P. Nurse,
MR. AASEN (Individual and Official Capacity), Acting Doctor,
MR. BARTON (Individual and Official Capacity), Acting Sergeant,
JOHN DOE (Individual and Official Capacity), Acting Escort and Bus Driver,
KAREN MITCHELL (Individual and Official Capacity), Acting Medical Provider,
MARY KAY CARTER (Individual and Official Capacity), Acting Medical Provider,
MR. HIEDENTHAL (Individual and Official Capacity), Acting Cellhouse #3 Lt.,
ANTHONY A. DECESARO (Individual and Official Capacity), Acting Cellhouse #3
    Grievance Officer,
BETTY STOCKMAN (Individual and Official Capacity), Acting Registered Nurse Staff,
MR. FERGUSSON (Individual and Official Capacity), Acting Sergeant of Security,
MR. JONES (Individual and Official Capacity), Acting Security Corrections Officer,
MR. MCMILLAN (Individual and Official Capacity), Acting Sergeant,
MR. TRUJILLO (Individual and Official Capacity), Acting Sergeant,
MR. MEIGS (Individual and Official Capacity), Acting Receiving Sergeant,
MR. ADEMIC (Individual and Official Capacity), Acting Sergeant,
KEN TOPLISS (Individual and Official Capacity), Acting Lt. and Watch Commander,
MS. HALL (Individual and Official Capacity), Acting Segregation Sergeant,
MS. CRUZ (Individual and Official Capacity), Acting OCA Corrections Officer,
MR. DARROW (Individual and Official Capacity), Acting Medical Director,
MR. GRIMES (Individual and Official Capacity), Acting Cellhouse #3 Sergeant,
MR. CORTESE (Individual and Official Capacity), Acting Corrections Officer,

MR. EVANS (Individual and Official Capacity), Acting Sergeant,
MS. TRUJILLO (Individual and Official Capacity), Acting Cellhouse #7 Casemanager,
MS. BURT (Individual and Official Capacity), Acting Nurse,
MS. ROMERO (Individual and Official Capacity), Acting Physician's Assistant,
MS. PAULA FRANZ (Individual and Official Capacity), Acting Medical Supervisor for Colorado D.O.C.,
MR. OWENS (Individual and Official Capacity), Acting Cellhouse Sergeant,
MR. TRAVIS WATERS (Individual and Official Capacity), Acting Mental Health Clinician,
MR. DEWEESE (Individual and Official Capacity), Acting Corrections Officer,
MS JANE DOE (Individual and Official Capacity), Acting Medical Staff Nurse,
MR. JOHN DOE #2 (Individual and Official Capacity), Acting Corrections Officer,
MR. SHOEMAKER (Individual and Official Capacity), Acting Cellhouse Lt.,
MR. WILLIAMS (Individual and Official Capacity), Acting Cellhouse Lt.,
MS. J. RUSSELL (Individual and Official Capacity), Acting Colorado D.O.C Liaison,
KATHIE HOLST (Individual and Official Capacity), Acting Colorado D.O.C. Liaison,
JOAN SHOEMAKER (Individual and Official Capacity), Acting Director of Medical Services, and
JOHN DOE #3 (Individual and Official Capacity), Acting Representative of Hanger Corporation,

Defendants.

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Notwithstanding the deficiencies, the clerk of the court will be directed to commence a civil action. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers which the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) _X_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing  (account statement submitted does not cover 6-month period immediately preceding this filing)
(4) ___ is missing certificate showing current balance in prison account
(5) ___ is missing required financial information
(6) ___ is missing an original signature by the prisoner
(7) ___ is not on proper form (must use the court's current form)
(8) ___ names in caption do not match names in caption of complaint, petition or habeas application
(9) ___ An original and a copy have not been received by the court. Only an original has been received.
(10) ___ other:_____.

**Complaint, Petition or Application:**
(11) ___ is not submitted
(12) ___ is not on proper form (must use the court's current form)
(13) ___ is missing an original signature by the prisoner
(14) ___ is missing page nos. ___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ An original and a copy have not been received by the court. Only an original has been received.
(17) ___ Sufficient copies to serve each defendant/respondent have not been received by the court.
(18) ___ names in caption do not match names in text
(19) ___ other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___8th___ day of ___February___, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 00283

John Matthew Meyer
Prisoner No. 142421
Colorado Territorial Corr. Facility
P.O. Box 1010
Cañon City, CO 81215-1010

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 2/10/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk